

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| *Jason P. Garelick* | *970 Broad Street, Suite 700* | *(973) 645-2700 Main* |
| *Special Assistant United States Attorney* | *Newark, NJ 07102* | *(973) 645-2769 Direct* |

February 16, 2021

The Honorable John Michael Vazquez
United States District Judge
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re: **United States v. Joseph Gooch; Case No. 18-cr-313 Sentencing Hearing Date: March 18, 2021, at 2:00 p.m.**

Dear Judge Vazquez:

    The parties have met and conferred regarding the upcoming sentencing hearing in this matter. Stacy Biancamano, Esq., counsel for defendant Joseph Gooch ("Defendant") has advised that Defendant consents, after consulting with counsel, to conducting the upcoming sentencing hearing scheduled for March 18, 2021, at 2:00 p.m. by videoconferencing.

    The parties agree that the hearing cannot be further delayed without serious harm to the interests of justice, for the following reasons:

1. The Court has advised in Standing Order 2020-06 that court proceedings cannot be conducted in person without seriously jeopardizing the public health and safety.

2. Given that in-person proceedings cannot be conducted safely, proceeding remotely at this time will allow Defendant to obtain a speedy resolution of his case to afford appropriate punishment and

1

rehabilitation. Defendant has asked for this case to be resolved via a timely sentencing.

3. Proceeding as scheduled will also permit the Government to obtain a resolution of the case so that the Government, already operating in a restricted capacity due to the emergency, may appropriately focus its resources on other, emerging criminal matters. The Government has asked for this case to be resolved at the upcoming timely sentencing hearing.

The parties believe the reasons set forth above provide a sufficient basis to proceed with the sentencing hearing on March 18, 2021 via videoconferencing. Thank you for your consideration of this matter.

Respectfully submitted,

RACHAEL A. HONIG
Acting United States Attorney

By: Jason P. Garelick
Special Assistant U.S. Attorney

Joseph Gooch   *Signed by Counsel w/ client's consent*
Defendant

Stacy Biancamano, Esq.
Counsel for Defendant

2