DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH GOOCH<br><br>Defendant(s). | Criminal No. 18-313<br><br>SENTENCING SUBMISSION NOTICE OF THE UNITED STATES |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant Joseph Gooch.

Date: March 4, 2021

RACHAEL A. HONIG
Acting United States Attorney

By: *Jason Garelick*

Jason P. Garelick
Special Assistant U.S. Attorney