**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                             **DATE:** 3/28/23
**JUDGE: JOHN MICHAEL VAZQUEZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**                                                             **DOCKET#** 1 8 - 3 1 3

United States

    v.

Joseph Gooch

**APPEARANCES:**

Carolyn Silane, AUSA
Stacy Biancamano, Esq.
Daniel Holzapfel, Esq.
Kim Artist, Probation Officer

**Nature of Proceedings**: STATUS TELEPHONE CONFERENCE held on the record

Status conference held as to the current schedule for defendant's sentencing hearing. Sentencing in this matter rescheduled to April 10, 2023 at 2:00 p.m.

**Time Commenced: 3:30**
**Time Adjourned: 4:00**
**Total Time: 30 min**

                                             RoseMarie Olivieri
                                             SENIOR COURTROOM DEPUTY